UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>              Plaintiff,<br><br>       v.<br><br>D. HURTADO, et al.,<br><br>              Defendants. | No. 2:23-cv-1112 KJN P<br><br><br>ORDER |

The CDCR filed a motion for extension of time to file the CDCR Notice of E-Service Waivers on behalf of defendants D. Hurtado, M. Vidales, M. Osman, A. Vessigault, E. Baikova, F. Castrillo, D. House and M. Clayton Johnson.  (ECF No. 14.)  Good cause appearing, IT IS HEREBY ORDERED that:

    1. The motion for an extension of time (ECF No. 14) is granted; and

    2. The above-named defendants are granted fourteen days from the date of this order in which to file the waiver form.

Dated:  March 19, 2024

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/obri1112.36

1